COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00147-CV

Style:            Metropolitan Insurance and Annuity Company and Metropolitan

                  Life Insurance Company v. Peachtree Settlement Funding, LLC

Date motion filed*:   June 26, 2015

Type of motion:   Unopposed Motion for Extension of Time to File Appellants' Brief

Party filing motion:   Appellants

Document to be filed:   Appellants' Brief

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:          May 20, 2015

    Number of extensions granted:      1          Current Due Date:  July 20, 2015

    Date Requested:            September 21, 2015

Ordered that motion is:

    ☑ Granted in part

        If document is to be filed, document due:  August 19, 2015.

        ☑      No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    On May 14, 2015, the Clerk of this Court granted appellants' first 60-day extension, which requested more time to prepare their brief because the supplemental clerk's record had been filed 6 days earlier.  Although appellants' second 60-day motion is unopposed, it was filed 24 days before the July 20, 2015 deadline and claims again that more time is needed to prepare their brief.  *See* TEX. R. APP. P. at 10.5(b)(1)(C).  Accordingly, appellants' motion is **GRANTED**, in part, until August 19, 2015, **but no further extensions will be granted absent extraordinary circumstances**.

Judge's signature: /s/ Laura Carter Higley

              ☒ Acting individually      ☐ Acting for the Court

Date:  July 2, 2015

November 7, 2008 Revision